**Official Form 1 (01/08)**

| United States Bankruptcy Court<br>**DISTRICT OF DELAWARE** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Central Delaware Materials, LLC | Name of Joint Debtor (Spouse (Last First, Middle): |
|---|---|
| All other Names used by Debtor in the last 8 years<br>(include married, maiden, and trade names): | All other Names used by Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more that one, state all):<br>03-0426852 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more that one, state all): |
| Street Address of Debtor (No. and Street, City and State):<br><br>2935 S. DuPont Blvd, Smyrna, Delaware 19977 | Street Address of Joint Debtor (No. and Street, City and State):<br><br>ZIP CODE |
| County of Residence or the Principal Place of Business:<br>Kent County | County of Residence or the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check **one** box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy code Under Which the Petition is Filed** (Check **one** box)<br><br>☐ Chapter 7 ☐ Chapter 15 Petition for<br>☐ Chapter 9    Recognition of a Foreign<br>☒ Chapter 11   Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for<br>☐ Chapter 13   Recognition of a Foreign<br>              Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check **one** box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee (Check one box)**<br><br>☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br><br>**Check one box**:<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if**:<br>☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☒ $1 million to $100 million | ☐ More than $100 Million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☒ $1 million to $100 million | ☐ More than $100 Million |
|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Central Delaware Materials, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: None. | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership in this District.

☐ Debtor is a debtor in foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                              _____
                               (Name of landlord that obtained judgment)

                              _____
                               (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (01/08) — Form B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Central Delaware Materials, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney

X _[signed]_____
Signature of Attorney for Debtor(s)

Adam Hiller (DE No. 4105)
Printed Name of Attorney for Debtor(s)

Pinckney, Harris & Weidinger, LLC
Firm Name

1220 North Market Street, Suite 950
Address

Wilmington, DE 19801

(302) 504-1497
Telephone Number

6/18/2010
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Diane K. Cahall_____
Signature of Authorized Individual

~~R. Steven Cahall~~ Diane K. Cahall
Printed Name of Authorized Individual

~~President~~ Sec/treasurer
Title of Authorized Individual

6/18/10
Date

### Signature of Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Written Consent of Members
of
CENTRAL DELAWARE MATERIALS, LLC

The undersigned, being all of the members of Central Delaware Materials, LLC (the "Company"), do hereby consent to and adopt the following resolutions on the Company's behalf:

WHEREAS, the undersigned have determined that it is in the best interest of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED as follows:

1. The Company is authorized and empowered to execute and file a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and to cause to be executed and filed such other affidavits, forms, schedules, applications or any other pleadings, papers, or documents as shall be necessary or appropriate to carry out the resolutions set forth herein, in the discretion of the Company's officers.

2. The Company is authorized and empowered to retain the law firm of Pinckney, Harris & Weidinger, LLC as bankruptcy counsel upon such terms and conditions as any officer of the Company shall approve, to render legal services to and to represent the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith.

3. Any and all actions heretofore taken by the Company in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects.

4. Any officer of the Company is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this resolution and unanimous written consent has been executed by the undersigned members of the Company effective as of June 17, 2010.

_____
R. Steven Cahall, member

_____
Diane K. Cahall, member

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

CENTRAL DELAWARE MATERIALS, LLC,

      Debtor.

Chapter 11

Case No. _____

## STATEMENT OF CORPORATE OWNERSHIP AND LIST OF EQUITY HOLDERS

R. Steven Cahall, President of Central Delaware Materials, LLC (the "Debtor"), named as the debtor in this case, hereby states:

1. A true and complete list of equity holders of the Debtor is attached hereto as **Exhibit A**.

2. Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, I state that no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

CENTRAL DELAWARE MATERIALS, LLC

Dated: 6/18/10

by: _____
R. Steven Cahall, President

# EXHIBIT A
*In re Central Delaware Materials, LLC, Case No. _____ (Chap. 11)*

R. Steven Cahall
2935 S. DuPont Blvd
Smyrna, Delaware 19977

Diane K. Cahall
2935 S. DuPont Blvd
Smyrna, Delaware 19977

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2009, or tax year beginning _____, ending _____.<br>▶ See separate instructions. | **2009** |

| A | Principal business activity<br>RENTAL | Use the<br>IRS<br>label. | Name of partnership<br>CENTRAL DELAWARE MATERIALS, LLC | D | Employer identification number<br>03-0426852 |
|---|---|---|---|---|---|
| B | Principal product or service<br>RENTAL | Other-<br>wise,<br>print<br>or type. | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>2935 S. DUPONT BLVD | E | Date business started |
| C | Business code number<br>531190 | | City or town, state, and ZIP code<br>SMYRNA                    DE  19977 | F | Total assets (see the instructions)<br>$ 1,450,235 |

G  Check applicable boxes:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
                           (6) ☐ Technical termination - also check (1) or (2)
H  Check accounting method:  (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ _____
I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶  2
J  Check if Schedules C and M-3 are attached ............................................................................ ☐

Caution. Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**
| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 |
| 7 | Other income (loss) (attach statement) | | 7 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 |

**Deductions** (see the instructions for limitations)
| | | |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 |
| 10 | Guaranteed payments to partners | 10 |
| 11 | Repairs and maintenance | 11 |
| 12 | Bad debts | 12 |
| 13 | Rent | 13 |
| 14 | Taxes and licenses | 14 |
| 15 | Interest | 15 |
| 16a | Depreciation (if required, attach Form 4562)  16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return  16b | 16c |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 |
| 18 | Retirement plans, etc. | 18 |
| 19 | Employee benefit programs | 19 |
| 20 | Other deductions (attach statement) | 20 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 |

**Client Copy**

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ [signature]                                          ▶ 5/20/10
  Signature of general partner or limited liability company member manager    Date

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| Paid<br>Preparer's<br>Use Only | Preparer's<br>signature | [signature] | Date<br>05/03/10 | Check if<br>self-employed ▶ ☐ | Preparer's SSN or PTIN<br>P00695216 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ▶ RAYMOND F. BOOK & ASSOCIATES, P.A.<br>220 BEISER BLVD.<br>DOVER, DE  19904-7790 | | EIN ▶ 51-0345018<br>Phone no. 302-734-5826 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **1065** (2009)

DAA

| Schedule A | Cost of Goods Sold (see the instructions) |
|---|---|

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach statement) | 4 |
| 5 | Other costs (attach statement) | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶ ..........
 b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ........ ▶ ☐
 c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐
 d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ........ ☐ Yes ☐ No
 e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........ ☐ Yes ☐ No
   If "Yes," attach explanation.

| Schedule B | Other Information |
|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | | |
| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership | f | ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | | | X |
| 3 | At the end of the tax year: | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X | |
| 4 | At the end of the tax year, did the partnership: | | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

 b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below .................. X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Client Copy

Form **1065** (2009)

DAA

1228

Form 1065 (2009) **CENTRAL DELAWARE MATERIALS, LLC**     03-0426852     Page 3

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2009, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | | | |

Form **1065** (2009)
DAA

## Schedule K   Partners' Distributive Share Items

| | | Total amount |
|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2    0 |
| | 3a Other gross rental income (loss)    3a | |
| | b Expenses from other rental activities (attach statement)    3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c |
| | 4 Guaranteed payments | 4 |
| | 5 Interest income | 5 |
| | 6 Dividends: a Ordinary dividends | 6a |
| |            b Qualified dividends    6b | |
| | 7 Royalties | 7 |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a |
| | b Collectibles (28%) gain (loss)    9b | |
| | c Unrecaptured section 1250 gain (attach statement)    9c | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 |
| | 13a Contributions | 13a |
| | b Investment interest expense | 13b |
| | c Section 59(e)(2) expenditures: | |
| | (1) Type ▶            (2) Amount ▶ | 13c(2) |
| | d Other deductions (see instructions) Type ▶ | 13d |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a |
| | b Gross farming or fishing income | 14b |
| | c Gross nonfarm income | 14c |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a |
| | b Low-income housing credit (other) | 15b |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c |
| | d Other rental real estate credits (see instructions) Type ▶ | 15d |
| | e Other rental credits (see instructions) Type ▶ | 15e |
| | f Other credits (see instructions) Type ▶ | 15f |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | |
| | b Gross income from all sources | 16b |
| | c Gross income sourced at partner level | 16c |
| | Foreign gross income sourced at partnership level | |
| | d Passive category ▶    e General category ▶    f Other ▶ | 16f |
| | Deductions allocated and apportioned at partner level | |
| | g Interest expense ▶    h Other ▶ | 16h |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | i Passive category ▶    j General category ▶    k Other ▶ | 16k |
| | l Total foreign taxes (check one): ▶ Paid ☐    Accrued ☐ | 16l |
| | m Reduction in taxes available for credit (attach statement) | 16m |
| | n Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a |
| | b Adjusted gain or loss | 17b |
| | c Depletion (other than oil and gas) | 17c |
| | d Oil, gas, and geothermal properties-gross income | 17d |
| | e Oil, gas, and geothermal properties-deductions | 17e |
| | f Other AMT items (attach statement) | 17f |
| **Other Information** | 18a Tax-exempt interest income | 18a |
| | b Other tax-exempt income          SEE STATEMENT 1 | 18b    30,011 |
| | c Nondeductible expenses | 18c |
| | 19a Distributions of cash and marketable securities | 19a |
| | b Distributions of other property | 19b |
| | 20a Investment income | 20a |
| | b Investment expenses | 20b |
| | c Other items and amounts (attach statement) | |

Client Copy

### Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ............................................ | 1 | |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | | | | |

### Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | -1 | | -1 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | 204,200 | | 234,211 |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 25,000 | | 25,000 | |
| b | Less accumulated depreciation | 25,000 | 0 | 25,000 | 0 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 261,169 | | 261,169 |
| 12a | Intangible assets (amortizable only) | 15,809 | | 15,809 | |
| b | Less accumulated amortization | 15,809 | 0 | 15,809 | 0 |
| 13 | Other assets (attach statement) SEE STMT 2 | | 954,856 | | 954,856 |
| 14 | Total assets | | 1,420,224 | | 1,450,235 |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities SEE STMT 3 (attach statement) | | 1,375,660 | | 1,375,660 |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 44,564 | | 74,575 |
| 22 | Total liabilities and capital | | 1,420,224 | | 1,450,235 |

Client Copy

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| 1 | Net Income (loss) per books | 30,011 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ SEE STATEMENT 4 — 30,011 | 30,011 |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ | | 8 | Add lines 6 and 7 | 30,011 |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 0 |
| 5 | Add lines 1 through 4 | 30,011 | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | 44,564 | 6 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | 30,011 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 74,575 | 9 | Balance at end of year. Subtract line 8 from line 5 | 74,575 |

# Form 7004
(Rev. December 2008)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
▶ File a separate application for each return.
▶ See separate instructions.

OMB No. 1545-0233

**Type or Print**

| Name | Identifying number |
|---|---|
| CENTRAL DELAWARE MATERIALS, LLC | 03-0426852 |

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite no. (If P.O. box, see instructions.)
2935 S. DUPONT BLVD

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).
SMYRNA     DE 19977

**Note.** See instructions before completing this form.

### Part I — Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804

1a Enter the form code for the return that this application is for (see below) .......... **09**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

### Part II — Automatic 6-Month Extension Complete if Filing Other Forms

b Enter the form code for the return that this application is for (see below) ..........

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ▶ ☐
If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

### Part III — All Filers Must Complete This Part

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

5a  The application is for calendar year 20 **09**, or tax year beginning ............, and ending ............

b  Short tax year. If this tax year is less than 12 months, check the reason:
☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

| 6 | Tentative total tax | 6 | 0 |
|---|---|---|---|
| 7 | Total payments and credits (see instructions) | 7 | |
| 8 | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) | 8 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2008)

DAA

# Form 8825
(Rev. December 2006)
Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation
▶ See instructions on back.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**Name:** CENTRAL DELAWARE MATERIALS, LLC
**Employer identification number:** 03-0426852

1 Show the kind and location of each property. See page 2 to list additional properties.

A PIT RENTAL

B

C

D

| | | Properties | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | A | B | C | D |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

17 Total gross rents. Add gross rents from line 2, columns A through H ... 17

18 Total expenses. Add total expenses from line 16, columns A through H ... 18 (                )

19 Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities ... 19

20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) ... 20a

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:
(1) Name    (2) Employer Identification number

21 Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on:
● Form 1065 or 1120S: Schedule K, line 2, or
● Form 1065-B: Part I, line 4        21        0

For Paperwork Reduction Act Notice, see back of form.
DAA

Form **8825** (12-2006)

Client Copy

**SCHEDULE B-1
(Form 1065)**
(December 2009)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See Instructions on back.

OMB No. 1545-0099

| Name of partnership | Employer identification number (EIN) |
|---|---|
| CENTRAL DELAWARE MATERIALS, LLC | 03-0426852 |

**Part I**    Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**    Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

Client Copy

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| RALPH S. CAHALL |  | UNITED STATES | 50.000000 |
| DIANE CAHALL |  | UNITED STATES | 50.000000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.     Schedule B-1 (Form 1065) (12-2009)

DAA